IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ERNEST A. ADKINS, #189166, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV. ACT. NO.  2:13cv37-TMH |
| | ) | (WO) |
| ALABAMA DEPARTMENT OF | ) | |
| CORRECTIONS, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION and ORDER**

On April 3, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 15).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows that:

1. The Recommendation of the Magistrate Judge be and is hereby ADOPTED;

2. The plaintiff's claims against the Alabama Department of Corrections, Alabama Correctional Industries, and the Kilby Print Shop be and are hereby DISMISSED with prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B);

3. The Alabama Department of Corrections, Alabama Correctional Industries, and the Kilby Print Shop be and are hereby DISMISSED as parties to the complaint; and

4. This case, with regard to the remaining defendants, be and is hereby REFERRED BACK to the Magistrate Judge for further proceedings.

Done this the 22nd day of May, 2013.

/s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE